# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

23-80117-Cr-Cannon/Reinhart

CASE NO. _____

8 U.S.C. § 1326(a) and (b)(1)

UNITED STATES OF AMERICA

vs.

MIGUEL ANGEL MUNOZ-OSORIO,

_____Defendant._____/

```
FILED BY_____TM_____D.C.

            Jul 6, 2023

        ANGELA E. NOBLE
      CLERK U.S. DIST. CT.
      S. D. OF FLA. - WPB
```

## INDICTMENT

The Grand Jury charges that:

On or about June 16, 2023, in Palm Beach County, in the Southern District of Florida, the

defendant,

### MIGUEL ANGEL MUNOZ-OSORIO,

an alien, having previously been removed from the United States on or about March 10, 2007,

May 21, 2007, February 22, 2008, October 28, 2016, and July 24, 2020, was found to be in the

United States, knowingly and unlawfully, without the Attorney General of the United States, or

his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3),

202(4) and 557), having expressly consented to such alien's reapplying for admission to the United

States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL

FOREPERSON

*Adam C. McMichael* for

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

ROBIN W. WAUGH
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

**CASE NO.:** _____

v.

MIGUEL ANGEL MUNOZ-OSORIO,

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
Defendant.

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____

**Court Division** (select one)

☐ Miami   ☐ Key West   ☐ FTP
☐ FTL   ☒ WPB

Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes _____
   List language and/or dialect: Spanish _____

4. This case will take ___2___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I   ☒ 0 to 5 days                   ☐ Petty
   II  ☐ 6 to 10 days                  ☐ Minor
   III ☐ 11 to 20 days                 ☐ Misdemeanor
   IV  ☐ 21 to 60 days                 ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No ____
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) Yes ____
   If yes, Magistrate Case No. 23-MJ-8322-RMM

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) _____
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of June 16, 2023 _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No ____

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No ____

15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No ____

By: _____
Robin W. Waugh
Assistant United States Attorney
FL Bar No.      0537837

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: MIGUEL ANGEL MUNOZ-OSORIO

**Case No**: _____

Count #: 1

Illegal Reentry After Removal or Deportation

Title 8, United States Code, Section 1326(a) and (b)(1)

* **Max. Term of Imprisonment:**   10 years' imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years' supervised release
* **Max. Fine:**  $250,000 fine

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**